IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DON ISBERNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL
OF DEFENDANT GC SERVICES LIMITED PARTNERSHIP**

Defendant GC Services Limited Partnership ("GC Services"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, hereby gives notice of the removal to this Court of the case styled, *Don Isberner v. GC Services Limited Partnership*, ("State Court Lawsuit"), filed in the County Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, Small Claims Division, Case No. 2022-SC-000036AX to the United States District Court for the Middle District of Florida. As grounds for removal, GC Services states as follows:

**Background**

1.  On December 31, 2021, Plaintiff Don Isberner filed his Statement of Claim in the in the County Court of the Twelfth Judicial Circuit in and for Manatee

County, Florida, Small Claims Division, that named GC Services as Defendant. A true and correct copy of the Plaintiff's Statement of Claim is attached as <u>Exhibit 2</u>.

2. The Plaintiff's Statement of Claim asserts claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

3. GC Services was served with a copy of the Statement of Claim on January 26, 2022. *See* copy of the Return of Service attached hereto as <u>Exhibit 8</u>.

### **Federal Question Jurisdiction**

4. This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff alleges violations of a claim or right arising under the laws of the United States. Specifically, Plaintiff's Statement of Claim alleges violations of the FDCPA.

5. Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441 at the request of GC Services, because Plaintiff's claims arise under the laws of the United States.

### **Venue**

6. Under 28 U.S.C. § 1441, the United States District Court for the Middle District of Florida is the proper venue for removal because this suit is pending in the County Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, Small Claims Division, which lies within the United States District Court for the Middle District of Florida.

## Procedural Compliance

7. Removal of this action is timely. 28 U.S.C. § 1446(b)(1) provides, "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" This Notice of Removal is being filed with the United States District Court for the Middle District of Florida within thirty (30) days after GC Services first received notice of the filing of the Statement of Claim on January 26, 2022.

8. GC Services attaches to this Notice of Removal a copy of all process, pleadings, and other documents filed in the State Court Lawsuit hereto as follows:

   a. Exhibit 1 – Civil Cover Sheet, Filed December 31, 2021

   b. Exhibit 2 – Plaintiff's Statement of Claim, Filed December 31, 2021

   c. Exhibit 3 – Requests for Production to Defendant, Issued December 31, 2021

   d. Exhibit 4 – Requests for Admission to Defendant, Issued December 31, 2021

   e. Exhibit 5 – Notice to Appear for Pretrial Conference/Mediation, Filed January 3, 2022

   f. Exhibit 6 – Notice of Interrogatories to Defendant, Issued January 21, 2022

   g. Exhibit 7 – Interrogatories to Defendant, Issued January 21, 2022

  h. Exhibit 8 – Return of Service, Filed February 1, 2022

  i. Exhibit 9 – Manatee County Clerk of Court's Case Detail for Case No.: 2022-SC-000036AX

9. GC Services is serving contemporaneously with this filing a copy of this Notice of Removal upon Plaintiff.  GC Services will also file with the Clerk for the County Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, Small Claims Division, a Notice of Filing of Notice of Removal, as required by 28 U.S.C. § 1446(d).

10. By filing a Notice of Removal in this matter, GC Services does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue.  No admission of fact, law, or liability is intended by this Notice, and GC Services specifically reserves the right to assert any defenses and/or objections to which they may be entitled.

11. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332, and this action is properly removed to this Court.

WHEREFORE, GC Services Limited Partnership hereby gives notice that the above-captioned action is hereby removed to this Court.

Dated this 3rd day of February, 2022.

                Respectfully submitted,

                */s/ Adam H. Settle*
                Adam H. Settle, FL Bar No. 1026828
                KAUFMAN DOLOWICH &
                 VOLUCK, LLP
                Four Penn Center
                1600 John F. Kennedy Blvd., Suite 1030
                Philadelphia, PA 19103
                Telephone: (215) 501-7002
                Facsimile: (215) 405-2973
                Email: asettle@kdvlaw.com

                **ATTORNEYS FOR DEFENDANT,**
                **GC SERVICES LIMITED**
                **PARTNERSHIP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, a true and correct copy of the foregoing Notice of Removal was delivered via electronic filing on all counsel of record, and/or via e-mail and first-class mail, postage prepaid, upon the following:

Kaelyn Diamond, Esq.
ZIEGLER DIAMOND LAW: DEBT FIGHTERS
2561 Nursery Road, Ste. A
Clearwater, FL 33764
Telephone: (727) 538-4188
Facsimile: (727) 362-4778
Email: kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
*Counsel for Plaintiff*

/s/ Adam H. Settle
Adam H. Settle, FL Bar No. 1026828

4862-0303-8476, v. 1

4862-0303-8476, v. 1